**B. B. WOODSON, Trustee, Appellant,**

v.

**Bernard P. CHAMBERLAIN, Appellee.**
**In the Matter of Sterling R. DECKER, Bankrupt.**
**No. 9028.**

United States Court of Appeals
Fourth Circuit.

Argued Nov. 8, 1963.

Decided Nov. 18, 1963.

See also 4 Cir., 317 F.2d 245.

William S. Aaron, Jr., Charlottesville, Va. (Walker, Woodson & Aaron, Charlottesville, Va., on brief), for appellant.

Henry E. Belt, Charlottesville, Va., for appellee.

Before HAYNSWORTH, BOREMAN and BRYAN, Circuit Judges.

PER CURIAM.

The District Court construed the contingent provision for credit on the bond to be operable only with respect to the excess cost of improvements actually accomplished or to be accomplished. Since the improvements were not undertaken, and it now conclusively appears that they never will be undertaken, the District Judge concluded that the contingent provision for credit on the bond was inapplicable.

For the reasons more fully stated by the District Judge in his opinion,* we find his construction of the endorsement on the bond to be correct.

Affirmed.

**Thelma WRIGHT and Thelma Wright, as Guardian for Freddie Wright, III, Appellants,**

v.

**AFRO AMERICAN LIFE INSURANCE COMPANY et al., Appellees.**
**No. 20518.**

United States Court of Appeals
Fifth Circuit.

Nov. 21, 1963.

B. Clarence Mayfield, J. T. Williams, Jr., Savannah, Ga., for appellants.

Earl M. Johnson, Jacksonville, Fla., for appellees.

Before TUTTLE, Chief Judge, JONES, Circuit Judge, and JOHNSON, District Judge.

PER CURIAM.

The judgment of the trial court is affirmed.

* In the Matter of Sterling R. Decker, Bankrupt, D.C., 211 F.Supp. 761.